

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F. #2012R01597

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 5, 2013

<u>By ECF Delivery</u>

Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    United States v. John Doe
                <u>Criminal Docket No. 13-89 (BMC)</u>

Dear Judge Cogan:

      The undersigned writes in response to defendant's request for a bail modification in the above-referenced matter, as set forth in defendant's August 2, 2013 letter to the Court.  The government has no objection to defendant's request.

      Respectfully submitted,

      LORETTA E. LYNCH
      United States Attorney

By:    /s/ Catherine M. Mirabile
      Catherine Mirabile
      Assistant U.S. Attorney
      (718) 254-6055

cc:    Steven K. Frankel, Esq. (by ECF)